IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01055-AP

BILL J. HARBOTTLE,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Luke A. Brennan, Esq. #28557
Griff, Larson, Laiche, Brennan & Wright
422 White Ave., Ste. 323
Grand Junction, Colorado 81501
Telephone: (970) 245-8021
FAX: (970) 245-0590
luke@gllblaw.com
Attorney for Plaintiff

For Defendant:
DAVID M. GAOUETTE
Acting United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
303-454-0184
kevin.traskos@usdoj.gov

STEPHANIE LYNN F. KILEY
Special Assistant United States Attorney
Office of the General Counsel,
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, CO 80294
Telephone: (303) 844-0815
Stephanie.Kiley@ssa.gov

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

**A.  Date Complaint Was Filed:**                                      May 6, 2009

**B.  Date Complaint Was Served on U.S. Attorney's Office:**   May 11, 2009

**C. Date Answer and Administrative Record Were Filed:**       July 10, 2009

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

## 7.  OTHER MATTERS

There are no other matters anticipated.

## 8.  BRIEFING SCHEDULE

The parties respectfully respect the following briefing schedule:

**A.  Plaintiffs Opening Brief Due:**          September 9, 2009

**B.  Defendant's Response Brief Due:**          October 9, 2009

**C.  Plaintiffs Reply Brief (If Any) Due:**          October 26, 2009

## 9. STATEMENT REGARDING ORAL ARGUMENT

The parties do not request oral argument.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

Plaintiff does not consent to the exercise of jurisdiction of a United States Magistrate Judge.

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 3rd day of August, 2009.


BY THE COURT:



*s/John L. Kane*
U.S. DISTRICT COURT JUDGE



APPROVED:

s/ Luke A. Brennan
Luke A. Brennan, Esq. #28557
Griff, Larson, Laiche, Brennan & Wright
422 White Ave., Ste. 323
Grand Junction, Colorado 81501
Telephone: (970) 245-8021
FAX: (970) 245-0590
luke@gllblaw.com
Attorney for Plaintiff

DAVID M. GAOUETTE
Acting United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdoj.gov

s/ Stephanie Lynn F. Kiley
STEPHANIE LYNN F. KILEY
Special Assistant United States Attorney
Office of the General Counsel,
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, CO 80294
Telephone: (303) 844-0815
Stephanie.Kiley@ssa.gov

Attorneys for Defendant